BUCHALTER NEMER
 ROBERT E. IZMIRIAN (SBN: 53805)
 CRAIG C. CHIANG (SBN: 209602)
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: rizmirian@buchalter.com; cchiang@buchalter.com

Attorneys for Chapter 11 Trustee
KYLE EVERETT

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba<br>PACIFIC THOMAS CAPITAL, dba<br>SAFE STORAGE<br><br>Debtor. | Case No. 12-46534 MEH<br><br>Chapter 11<br><br>**AMENDED CERTIFICATE OF SERVICE** |

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 55 Second Street, Suite 1700, San Francisco, CA 94105-3493.

    On the date set forth below, I served the foregoing document described as:

**MOTION FOR ORDER REQUIRING TURNOVER AND DISCLOSURE OF RECORDED INFORMATION UNDER 11 U.S.C. § 542(E) (RANDALL WHITNEY, PACIFIC TRADING VENTURES, JILL WORSLEY)**

**DECLARATION OF KYLE EVERETT IN SUPPORT OF MOTION FOR ORDER REQUIRING TURNOVER AND DISCLOSURE OF RECORDED INFORMATION UNDER 11 U.S.C. § 542(e)**

**NOTICE OF MOTION FOR ORDER REQUIRING TURNOVER AND DISCLOSURE OF RECORDED INFORMATION UNDER 11 U.S.C. § 542(E)**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

1
CERTIFICATE OF SERVICE
13741027v1

Case: 12-46534    Doc# 243    Filed: 04/12/13    Entered: 04/12/13 10:15:20    Page 1 of 8

| | |
|---|---|
| Randall Whitney<br>1818 Mt. Diablo Blvd., Suite D<br>Walnut Creek, CA 94596<br>E-Mail: randall@pacificthomas.com | Jill Worsley<br>30 Creek Tree Lane<br>Alamo, CA 94507-1916<br>E-Mail: worsleyjill@hotmail.com |
| Randall Whitney<br>5215 Masonic Avenue<br>Oakland, CA 94618-2631<br>E-Mail: randall@pacificthomas.com | Jill Worsley<br>1818 Mt. Diablo Blvd., Suite D<br>Walnut Creek, CA 94596<br>E-Mail: worsleyjill@hotmail.com |
| Randall Whitney<br>2615 East 12th Street<br>Oakland, CA 94601<br>E-Mail: randall@pacificthomas.com | Lynette C. Kelly<br>U.S. Office of the U.S. Trustee<br>1301 Clay St.<br>Oakland, CA 94612<br>lynette.c.kelly@usdoj.gov |
| Kyle Everett<br>235 Pine St. #1150<br>San Francisco, CA 94104<br>keverett@dsi.biz | Anne-Leith Matlock<br>Matlock Law Group, P.C.<br>1485 Treat Blvd. #200<br>Walnut Creek, CA 94597<br>leith@matlocklawgroup.com |

☑ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on **April 12, 2013**. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ **BY EMAIL** On **April 11, 2013**, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

| | |
|---|---|
| Roger Huddleston<br>c/o Nicholas P. Hulchiy<br>Belzer, Hulchiy & Murray<br>3650 Mt. Diablo Blvd., 1130<br>Lafayette, CA 94549-6820 | Pacific Trading Ventures<br>dba Safe Storage Management Company<br>1818-D Mt. Diablo Blvd.<br>Second Floor<br>Walnut Creek, CA 94596 |

**20 Largest Unsecured Creditors**

| | |
|---|---|
| Darrow Family Partners<br>Thomas Capital Investments<br>Buhla R. Darrow Trust<br>Thomas Koolaupoko Inv.<br>A.M. Tarbell Trust<br>Edwin Thomas Revocable Living Trust<br>c/o Darrow / Whitney<br>1600 Ala Moana #1112<br>Honolulu, HI 96815 | Summit Bank<br>2969 Broadway<br>Oakland, CA 94694 |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

| | | |
|---|---|---|
| 1 | Richard Douglas Worsley<br>31012 Dulce<br>Temecula, CA 92592 | Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4139<br>Attn: Elizabeth Berke-Dreyfuss, Esq. |
| 2 | CBRE, Inc.<br>355 S. Grand Ave., Suite 2700<br>Los Angeles, CA 90071 | KCA Engineers, Inc.<br>318 Brannan Street, St # 2<br>San Francisco, CA 94107 |
| 3 | Baird Holm Attorneys At Law<br>1500 Woodmen Tower<br>Omaha, NE 68102 | Timothy Brophy, CPA, MBA<br>395 Civic Drive, Suite 5<br>Pleasant Hill, CA 94523 |
| 4 | Wendel Roesn Black & Dean, LLP<br>P.O. Box 2047<br>Oakland, CA 94604-2047 | Charles M. Salter Associates, Inc.<br>130 Sutter St, Suite 500<br>San Francisco, CA 94104 |
| 5 | BKD, LLP<br>8001 Broadway, Suite 400<br>Merrillville, IN 46410-5552 | Environmental Science Assoc., Inc.<br>350 Frank Ogawa Plaza, Suite 300<br>Oakland, CA 94612 |
| 6 | Bank of the West<br>PO Box 515274<br>Los Angeles, CA 90051-6574 | Doris Rydman<br>1320 Pearl St.<br>Alameda, CA 94501 |
| 7 | DMJM Harris/Korve Engineering, Inc.<br>1178 Paysphere Circle<br>Chicago, IL 60674 | |

**Secured Parties**

| | | |
|---|---|---|
| | Alameda County Treasurer & Tax Collection<br>1221 Oak Street<br>Oakland, CA 94612 | Jacol LLC et al<br>c/o The Bowers Group<br>3201 Danville Blvd. Suite 170<br>Alamo, CA 94507 |
| | Private Mortgage Fund LLC<br>23586 Calabasas Road #100<br>Calabasas, CA 91302 | |

**Equity Holders**

| | | |
|---|---|---|
| | Stephen Thomas Worsley<br>2458 Pamino Way<br>Pleasanton, CA 94566 | Roger W. Worsley<br>1997 Ascot Drive #B<br>Moraga, CA 94556 |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

3
CERTIFICATE OF SERVICE
13741027v1

Case: 12-46534   Doc# 243   Filed: 04/12/13   Entered: 04/12/13 10:15:20   Page 3 of 8

**Request for Notice**

| | |
|---|---|
| Bank of the West<br>Robert B. Kaplan, Esq.<br>Walter W. Gouldsbury III, Esq.<br>Jeffer Mangels Butler, & Mitchell LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 | Eric A. Nyberg, Esq.<br>Chris D. Kuhner, Esq.<br>Kornfield, Nyberg, Bendes & Kuhner, P.C.<br>1970 Broadway, Suite 2675<br>Oakland, CA 94612<br>*Counsel for Summit Bank* |
| Frank T. Pepler<br>DLA Piper LLP (US)<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105<br>*Counsel for Planned Parenthood Mar Monte* | McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>*Counsel for Bank of America N.A.* |
| Deutsche Bank National Trust Company<br>c/o Darlene C. Viqil<br>Barrett Daffin Frappier Treder & Ieiss<br>20955 Pathfinder Rd., Ste. 300<br>Diamond Bar, CA 91765-4029 | Mark T. Domeyer, Esq.<br>Miles, Bauer, Bergstrom & Winters, LLP<br>1231 East Dyer Rd. 1100<br>Santa Ana, CA 92705-5643<br>*Counsel for U.S. Bank National Association, as Trustee, The Bank of New York Mellon, as Trustee, U.S. Bank National Association, as Trustee & Bank of America* |
| Edward Weber<br>Routh Crabtree Olsen, PS<br>1241 East Dyer Road, Ste. 250<br>Santa Ana, CA 92705-5611<br>*Counsel for The Bank Of New York Mellon & U.S. Bank National Association, as Trustee* | Matthew R. Clark<br>Pite Duncan, LLP<br>4375 Jutland Drive Suite 200<br>PO Box 17933<br>San Diego, CA 92177-7921<br>*Counsel for US Bank National Association, as Trustee, Wells Fargo Bank, Bank of America, HSBC Bank USA &JPMorgan Chase Bank* |
| Mujeres Onidas y Activas<br>c/o Stephanie Willett<br>Morrison & Foerster<br>3548 18th Street, #23<br>San Francisco, CA 94110-1678 | Mujeres Unidas y Activas<br>c/o Morrison & Foerster LLP<br>Attn: Kristin A. Hiensch<br>425 Market Street<br>San Francisco, CA 94105·2482 |
| Capital One, N.A.<br>Joshua Scheer<br>Scheer Law Group<br>155 I Redwood Dr. 1100<br>San Rafael, CA 94903-1966 | Dean R. Prober<br>Prober and Raphael<br>20750 Ventura Blvd. 1100<br>Woodland Hills, CA 91364-6207<br>*Counsel for Bank of America* |
| Bayview Loan Servicinq, LLC,<br>c/o Edward G. Schloss<br>3637 Motor Avenue, Suite 220<br>Los Angeles, CA 90034-4884 | Jennifer Wong<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607<br>*Counsel for Wells Fargo Bank, N.A., & Ocwen Loan Servicing LLC* |
| Private Mortgage Fund LLC<br>c/o Scott E. Gizer<br>Early Sullivan Wright Gizer & McRae<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048-5545 | |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

4

**CERTIFICATE OF SERVICE**

13741027v1

Case: 12-46534    Doc# 243    Filed: 04/12/13    Entered: 04/12/13 10:15:20    Page 4 of 8

**Interested Parties**

| | |
|---|---|
| Timothy Brophy<br>395 Civic Drive, Suite J<br>Pleasant Hill, CA 94523-1951 | Pacific Trading Ventures, Ltd.<br>1818-D Mt. Diablo Blvd.<br>Walnut Creek, CA 94596-4430<br>Attn: J.V. Worsley |
| Herzer Financial Mortgage Fund, LLC<br>Cheryl C. Rouse<br>Law Offices of Rouse and Bahlert<br>345 Franklin St.<br>San Francisco, CA 94102-4427 | Mary C.G. Kaufman<br>Early Sullivan Wright Gizer & McRae LLP<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048 |
| Damon Bowers<br>Private Capital Investments<br>3201 Danville Blvd., #170<br>Alamo, CA 94507 | |

☑ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on **April 12, 2013**. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on **April 12, 2013**, at San Francisco, California.

☑ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **Apirl 12, 2013**, at San Francisco, California.

| Hallina Pohyar | /s/ Hallina Pohyar |
|---|---|
| | (Signature) |

13741027v1

## Pohyar, Hallina

| | |
|---|---|
| **From:** | Pohyar, Hallina |
| **Sent:** | Thursday, April 11, 2013 6:42 PM |
| **To:** | 'randall@pacificthomas.com'; 'worsleyjill@hotmail.com'; 'lynette.c.kelly@usdoj.gov'; 'keverett@dsi.biz'; 'leith@matlocklawgroup.com' |
| **Cc:** | Chiang, Craig |
| **Subject:** | Pacific Thomas Corporation |
| **Attachments:** | PTC Motion for Turnover Trustee Declaration.PDF; PTC Motion for Turnover.PDF; PTC Motion for Turnover Exhibits to Trustee Declaration.PDF; PTC Motion for Turnover Notice.PDF; PTC Motion for Turnover POS.PDF |

Attached please find:

Motion for Turnover
Motion for Turnover Trustee Declaration
Exhibits to Trustee Declaration.PDF
Motion for Turnover Notice.PDF
Motion for Turnover POS.PDF


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

# Pohyar, Hallina

| | |
|---|---|
| **From:** | Pohyar, Hallina |
| **Sent:** | Thursday, April 11, 2013 6:49 PM |
| **To:** | 'anne-leith@matlocklawgroup.com' |
| **Subject:** | FW: Pacific Thomas Corporation |
| **Attachments:** | PTC Motion for Turnover Trustee Declaration.PDF; PTC Motion for Turnover.PDF; PTC Motion for Turnover Exhibits to Trustee Declaration.PDF; PTC Motion for Turnover Notice.PDF; PTC Motion for Turnover POS.PDF |

-----Original Message-----
From: Pohyar, Hallina
Sent: Thursday, April 11, 2013 6:42 PM
To: 'randall@pacificthomas.com'; 'worsleyjill@hotmail.com'; 'lynette.c.kelly@usdoj.gov'; 'keverett@dsi.biz'; 'leith@matlocklawgroup.com'
Cc: Chiang, Craig
Subject: Pacific Thomas Corporation

Attached please find:

Motion for Turnover
Motion for Turnover Trustee Declaration
Exhibits to Trustee Declaration.PDF
Motion for Turnover Notice.PDF
Motion for Turnover POS.PDF


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

1

# Pohyar, Hallina

| | |
|---|---|
| **From:** | Chiang, Craig |
| **Sent:** | Thursday, April 11, 2013 6:49 PM |
| **To:** | Eric Nyberg (e.nyberg@kornfieldlaw.com); Mary C. G. Kaufman <mkaufman@earlysullivan.com> (mkaufman@earlysullivan.com); damon@privatecap.net; Gouldsbury, Walter (WWG@JMBM.com) |
| **Cc:** | Pohyar, Hallina; Blackler, Mia |
| **Subject:** | FW: Pacific Thomas Corporation |
| **Attachments:** | PTC Motion for Turnover Trustee Declaration.PDF; PTC Motion for Turnover.PDF; PTC Motion for Turnover Exhibits to Trustee Declaration.PDF; PTC Motion for Turnover Notice.PDF; PTC Motion for Turnover POS.PDF |

Please see additional pleadings filed today.

Craig C. Chiang
Senior Counsel
BuchalterNemer, A Professional Corporation
55 Second Street, Suite 1700| San Francisco, CA 94105-3493 Direct Dial: (415) 227-3533 | Direct Fax: (415) 227-3503 | Switchboard: (415) 227-0900
Email: cchiang@buchalter.com | www.buchalter.com | Bio